# IN THE UNTIED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Tomlinson, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| McLean County, a Political Subdivision of the State of North Dakota; City of Benedict, a Political Subdivision; Jerry "J.R." Kerzmann, individually, and as Sheriff of McLean County; McLean County Sheriff's Office; Officer Justin Cote-Kanning, a McLean County Sheriff's Deputy, in his individual capacity; Becky Tebby, as Mayor of the City of Benedict. | ) Case No. 1:21-cv-190 |
| Defendants. | ) |

On February 3, 2023, the parties filed a Second Joint Rule 26(f) Scheduling/Discovery Plan. The court **ADOPTS** the plan and **AMENDS** the pretrial deadlines as follows.

1. Discovery and discovery motions are due by April 15, 2023.

2. Plaintiff's expert disclosures and reports are due by May 1, 2023.

3. Defendants' expert disclosures and reports are due by June 1, 2023

4. Dispositive motions due are due by June 1, 2023.

The court, on its own motion, shall reschedule the final pretrial conference and jury trial currently set for July 11 and 24, 2023.  The final pretrial conference is rescheduled for November 21, 2023, at 9:00 AM by telephone.  The jury trial is rescheduled for December 4, 2023, at 9:00 AM in Bismarck before Judge Traynor.   A five (5) day trial is anticipated.

1

**IT IS SO ORDERED.**

Dated this 6th day of February, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court