## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Allen Tomlinson, )<br>)<br>  Plaintiff, )<br>)<br>vs. )<br>)<br>McLean County, a Political Subdivision of )<br>the State of North Dakota; City of Benedict, )<br>a Political Subdivision; Jerry "J.R." )<br>Kerzmann, individually, and as Sheriff of )<br>McLean County; McLean County Sheriff's )<br>Office, Officer Justin Cote-Kanning, a )<br>McLean County Sheriff's Deputy, in his )<br>individual capacity; and Becky Tebby as )<br>Mayor of City of Benedict; )<br>)<br>  Defendants. ) | **ORDER**<br><br><br><br><br><br><br><br>Case No. 1:21-cv-190 |

The court held a status conference with the parties by telephone on October 31, 2023. Pursuant to it discussion with the parties, the court shall continue the final pretrial conference and trial. Accordingly, the final pretrial conference set for November 21, 2023, shall be rescheduled for June 4, 2024 , at 9:00 AM by telephone. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The jury trial scheduled for December 4, 2023, shall be rescheduled for June 17, 2024, at 9:30 AM in Bismarck before Judge Traynor (courtroom 1). A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 31st day of October, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court